**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR313 |
| | ) | |
| vs. | ) | |
| | ) | |
| HOWARD BASSETTE, III, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Government's Motion to Continue Trial [39]. Due to government counsel's trial schedule, she is not available to try this case until after January 3, 2022.  Defendant has no objection to the continuance. For good cause shown:

**IT IS ORDERED** that the Motion to Continue Trial [39] is granted, as follows:

1.  The jury trial now set for November 2, 2021, is continued to **January 4, 2022.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 4, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny the government continuity of counsel the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.  **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

**DATED:  October 26, 2021.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**